IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This pleading applies to:<br><br>The case of Gary Maddox on Stephen <u>Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB<br><br>The case of June Thompson on <u>Linda Lile et al v. Pfizer Inc et al</u>, 3:06-cv-07518-CRB<br><br>The cases of Andrea Kauzlarich, Kenneth Chancey, George Henry for decedent Mary Henry and Richard Carulli on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB | MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, (1) Gary Maddox's on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB; (2) June Thompson's on <u>Linda Lile et al v. Pfizer Inc et al</u>, 3:06-cv-07518-CRB; (3) George Henry's for decedent Mary Henry, (4) Andrea Kauzlarich's, (5) Kenneth Chancey's, and (6) Richard Carulli's on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

August 09, 2007

_____
United States R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer